# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

**DEBRA K. AASMUNDSTAD**
*CHIEF U.S. PROBATION OFFICER*

Please reply to:
**U.S. Court House & Federal Building**
280 S. First Street, Suite #106
San Jose, CA 95113-3003
TEL: (408) 535-5200
FAX: (408) 535-5206

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

March 10, 2006

**FILED**

APR 2 8 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

The Honorable Jeremy Fogel
United States District Judge

Re:   **ALEXANYAN**, Vladimir
      Docket No.: 05CR00467-01
      <u>TRAVEL REQUEST</u>

Your Honor:

On May 17, 2005, The Honorable James M. Rosenbaum, of the U.S. District Court of Minnesota, sentenced the offender to three years probation, for a violation of 18 U.S.C. § 1001(a)(3), Filing Materially False Document within the Executive Branch of the Government of the United States, a Class D felony. The following special conditions of supervision were ordered: Special assessment $100.00; fine $12,000.00; not commit any crimes, federal state, or local; abide by all mandatory and standard conditions of probation; participate in the collection of DNA; shall perform 100 hours of community service; debarred from engaging in any international transactions during the term of his probation; and offender is not required to undergo drug testing. Supervision commenced on May 17, 2005. Transfer of jurisdiction was accepted by the Northern District of California on July 19, 2005.

As of this writing, the offender has paid in full all the special assessments and fines to this case and to Northern District of California case # 05CR00468-01, in reference to Valtex International Corporation. The offender has also completed his community service work.

The offender is requesting travel to the Moscow/St. Petersburg, Russia; and to Israel to visit family members, from April 18, 2006 through May 6, 2006. The Assistant U.S. Attorney has been notified and there are no objections.

The undersigned recommends that travel be approved.

Respectfully submitted,                                Reviewed by:

_____                          _____
Esmerelda Gupton                                       Susan Portillo
U.S. Probation Officer                                 Supervising U.S. Probation Officer

---

Travel is:
☒ Approved
☐ Denied

__4/24/06_____                             _____
Date                                                   Honorable Jeremy Fogel
                                                       United States District Judge